IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| MAX E. WILKES, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: CV-07-049 |
| | ) |
| CITY OF PHENIX CITY, | ) |
| ALABAMA, an Alabama municipal | ) |
| corporation; Hon. JEFF HARDIN, | ) |
| in his official capacity as Mayor | ) |
| of Phenix City, Alabama, and | ) |
| individually; Hon. RAY BUSH in | ) |
| his official capacity as a member of the | ) |
| Phenix City Council and individually; | ) |
| And HON. JOHN STOREY, in his | ) |
| official capacity as a member of the | ) |
| Phenix City Council and individually, | ) |
| | ) |
| Defendants. | ) |

## REMOVAL NOTICE

TO THE PLAINTIFFS IN THE ABOVE-STYLED CAUSE AND THEIR ATTORNEYS OF RECORD:

Please take notice that on the 15th day of March, 2007, the undersigned, as attorneys for Defendants filed on their behalf a notice of removal in the United States District Court for the Middle District of Alabama, Eastern Division, to remove the above-entitled cause of action from the Circuit Court of Russell County, Alabama (CV-07-049) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Russell County, Alabama.

James R. McKoon, Jr., MCK020
Joshua R. McKoon, MCK057
James P. Graham, Jr., GRA030
Attorneys for Defendants

McKoon, Thomas & McKoon
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
Facsimile 334.297.2777

The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| MAX E. WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: CV-07-049 |
| ) | |
| CITY OF PHENIX CITY, ) | |
| ALABAMA, an Alabama municipal ) | |
| corporation; Hon. JEFF HARDIN, ) | |
| in his official capacity as Mayor ) | |
| of Phenix City, Alabama, and ) | |
| individually; Hon. RAY BUSH in ) | |
| his official capacity as a member of the ) | |
| Phenix City Council and individually; ) | |
| And HON. JOHN STOREY, in his ) | |
| official capacity as a member of the ) | |
| Phenix City Council and individually, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Counsel for Defendants does hereby certify he has caused to be served upon Counsel for the Plaintiff a copy of the foregoing Removal Notice by transmitting a copy of same via U.S. Mail to the following:

Raymond L. Jackson, Jr.
Post Office Box 3575
Auburn, Alabama 36831-3575

Thomas F. Worthy
Post Office Box 2392
Phenix City, Alabama 36868-2392

This 15th day of March, 2007.

_____
Counsel for Defendants