IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MAX E. WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No.: |
| ) | |
| ) | 3:07-CV-244 |
| ) | |
| CITY OF PHENIX CITY, ) | |
| ALABAMA, an Alabama municipal ) | |
| corporation; Hon. JEFF HARDIN, ) | |
| in his official capacity as Mayor ) | |
| of Phenix City, Alabama, and ) | |
| individually; Hon. RAY BUSH in ) | |
| his official capacity as a member of the ) | |
| Phenix City Council and individually; ) | |
| And HON. JOHN STOREY, in his ) | |
| official capacity as a member of the ) | |
| Phenix City Council and individually, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Phenix City, Alabama, Jeff Hardin, Ray Bush and John Storey and file this their Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Said Defendants hereby move this Court to grant unto them Summary Judgment with respect to all claims against them.  Summary Judgment is appropriate because Plaintiff has failed to establish a genuine issue as to any material

fact and Defendants are entitled to Summary Judgment as a matter of law. This Motion is based upon the following:

1. Pleadings filed in this case;

2. Memorandum Brief in Support of this Motion filed contemporaneously herewith;

3. Statement of Facts contained in the Memorandum Brief in Support of Defendants' Motion for Summary Judgment; and

4. Evidentiary Materials filed in Support of Defendants' Motion.

WHEREFORE, premises considered, Defendants, Phenix City, Alabama, Jeff Hardin, Ray Bush and John Storey, respectfully request this Court to grant Summary Judgment unto them and against the Plaintiff with respect to all of Plaintiff's claims.

/s/ James R. McKoon, Jr.
_____
James R. McKoon, Jr., MCK020
Joshua R. McKoon, MCK057
James P. Graham, Jr., GRA030
Attorneys for Defendants

**OF COUNSEL:**
McKoon, Thomas & McKoon
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300

**OF COUNSEL:**
The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380
334.291.0315

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Raymond L. Jackson, Jr.
Post Office Box 3575
Auburn, Alabama 36831-3575

Thomas F. Worthy
Post Office Box 2392
Phenix City, Alabama 36868-2392

                                           */s/ James R. McKoon, Jr.*
                                           _____
                                           OF COUNSEL

PDF created with pdfFactory trial version www.pdffactory.com