IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

MAX E. WILKES,

   Plaintiff,

v.   CASE NO. 3:07cv00244-WKW

CITY OF PHENIX CITY, ALABAMA, ET AL.,

   Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW MAX E. WILKES, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | N/A |

12/13/2007
Date

s/Raymond L. Jackson, Jr./
(Signature)

Raymond L. Jackson, Jr.
(Counsel's Name)

Counsel for Plaintiff Max Wilkes
Counsel for (print names of all parties)

P.O. Box 3575
Auburn, AL 36831-3575
Address, City, State Zip Code

(334) 821-0600
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Eastern</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>Raymond L. Jackson -- attorney for Plaintiff</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>electronic mail (EMCS)</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>13th</u> day of <u>December</u> 20<u>08</u>, to:

James McKoon, Esq. (counsel for Defendants)

James Graham, Esq. (counsel for Defendants)

Thomas F. Worthy, Esq. (co-counsel for Plaintiff)


12/13/2007                                              s/Raymond L. Jackson, Jr./
**Date**                                                        **Signature**