IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ EASTERN _____ DIVISION

**MAX WILKES**,   )
　　　　　　　　　)
　　Plaintiff,　　 )
　　　　　　　　　)
v.　　　　　　　　 )　CASE NO. **3:07-cv-00244-WKW**
　　　　　　　　　)
**CITY OF PHENIX CITY, ALABAMA, et al.**, )
　　　　　　　　　)
　　Defendants,　 )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __CITY OF PHENIX CITY, AL__, a **Defendant** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity　　　　　　　　　　　Relationship to Party
_____　　　　　　_____
_____　　　　　　_____
_____　　　　　　_____

**12/20/2007**　　　　　　　　　　　　s/James R. McKoon, Jr.
Date　　　　　　　　　　　　　　　　　(Signature)

　　　　　　　　　　　　　　　　　　　**James R. McKoon, Jr.**
　　　　　　　　　　　　　　　　　　　(Counsel's Name)

　　　　　　　　　　　　　　　　　　　**CITY OF PHENIX CITY, AL**
　　　　　　　　　　　　　　　　　　　Counsel for (print names of all parties)

　　　　　　　　　　　　　　　　　　　P. O. Box 3220
　　　　　　　　　　　　　　　　　　　Phenix City, Alabama 36868-3220
　　　　　　　　　　　　　　　　　　　Address, City, State Zip Code

　　　　　　　　　　　　　　　　　　　(334) 297-2300
　　　　　　　　　　　　　　　　　　　Telephone Number

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, James R. McKoon, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th____day of Deceber_____ 20 07, to:

Raymond Jackson, Esquire

Thomas F. Worthy, Esquire

12/20/2007                                              s/ James R. McKoon, Jr.
Date                                                          Signature

PDF created with pdfFactory trial version www.pdffactory.com