IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

__MAX WILKES_____,  )
                                  )
         Plaintiff,               )
                                  )
v.                                )   CASE NO. __3:07-cv-00244-WKW__
                                  )
__CITY OF PHENIX CITY, ALABAMA, et al.,__,  )
                                  )
         Defendants,              )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __JEFF HARDIN_____, a **Defendant** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| PHENIX CITY, ALABAMA | EMPLOYER |
| | |
| | |

__12/20/2007__                __s/James R. McKoon, Jr.__
Date                          (Signature)

                              __James R. McKoon, Jr.__
                              (Counsel's Name)

                              **JEFF HARDIN**
                              Counsel for (print names of all parties)
                              P. O. Box 3220
                              Phenix City, Alabama 36868-3220
                              Address, City, State Zip Code
                              (334) 297-2300
                              Telephone Number

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, James R. McKoon, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th____day of Deceber_____ 20 07, to:

Raymond Jackson, Esquire

Thomas F. Worthy, Esquire

12/20/2007                                                              s/ James R. McKoon, Jr.
            Date                                                                    Signature

PDF created with pdfFactory trial version www.pdffactory.com