IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MAX E. WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER |
| vs. ) | |
| ) | 3:07-CV-244-WKW |
| THE CITY OF PHENIX CITY, et al. ) | |
| ) | |
| Defendants, ) | |

**<u>DEFENDANTS' RESPONSE AND OBJECTION TO PLAINTIFF'S
RULE 41(a)(2) MOTION TO DISMISS ALL FEDERAL CLAIMS
WITH PREJUDICE</u>**

Come now the Defendants in the above styled cause and object to Plaintiff's Rule 41(a)(2) Motion to Dismiss all Federal Claims with Prejudice at this juncture in the litigation and state the following as grounds therefore:

1.  Plaintiff filed his Complaint in the Circuit Court of Russell County, Alabama, on February 23, 2007.  Said Complaint was timely removed to this Court on March 20, 2007.

2.  Since the removal of this case, the parties have participated in written discovery and depositions.

3.  The deposition of the Plaintiff, Max Wilkes, was taken on October 16, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

4. No depositions of any other parties or witnesses were taken until the depositions of Wallace Hunter and Stephen Smith on November 15, 2007. Wallace Hunter, at all times material to Plaintiff's Complaint, was the Chief of the Phenix City Fire Department. Stephen Smith, at all times material to Plaintiff's Complaint, was the Finance Director for the City of Phenix City. These depositions were taken by agreement outside the discovery deadline, but without approval of this Court. The Defendants agreed to allow the taking of these depositions strictly as an accommodation to Plaintiff's attorneys.

5. On December 10, 2007, in accordance with the Court's Scheduling Order, the Defendants filed their Motion for Summary Judgment on all Counts of Plaintiff's Complaint. Said Motion was properly supported by evidentiary materials and a Memorandum Brief.

6. On December 18, 2007, one of Plaintiff's attorneys, Raymond Jackson, wrote Defendants' counsel requesting to take another deposition, out of time. The reason given for requesting the deposition was ostensibly to allow Plaintiff to respond to Defendants' Motion for Summary Judgment (see Exhibit "A" attached hereto). The letter also alleges that Plaintiff's attorneys asked for dates to depose Herman Roberts (the City Manager for the City of Phenix City, Alabama) and the other named Defendants at the

PDF created with pdfFactory trial version www.pdffactory.com

depositions of Wallace Hunter and Stephen Smith, on November 15, 2007. Defendants' attorneys have no recollection of such request, but note that discovery was already closed on that date.

7. Defendants' attorney, James R. McKoon, Jr., responded to Plaintiff's attorney's letter of December 18, 2007, on the following day (see Exhibit "B" attached hereto). Again strictly as an accommodation to the Plaintiff's attorneys, Defendants agreed to make Mr. Roberts available on December 27, 2007 for deposition, outside the discovery deadline and without the approval of this Court. In addition, Defendants' attorneys notified the Plaintiff's attorneys in that same letter that they would not agree to an extension of the deadline for the Plaintiff to file a response to the Defendants' Motion for Summary Judgment, as mentioned in Plaintiff's attorney's letter of December 18, 2007. Mr. Roberts' deposition was taken on December 27, 2007. Plaintiff has requested no other depositions.

8. Currently, Plaintiff's response, including a Brief to Defendants' Motion for Summary Judgment is due on or before January 5, 2008.

9. Given the history of this litigation, Defendants object to the Plaintiff's attempt to now remand this case to State Court, when Defendants strongly contend all Counts of Plaintiff's case are due to be dismissed in

PDF created with pdfFactory trial version www.pdffactory.com

accordance with Defendants' Motion for Summary Judgment and the Brief and evidentiary materials filed in support thereof.

10. Finally, Plaintiff has failed to properly support his Motion to Dismiss and said Motion as filed cannot act as a dismissal of Plaintiff's Federal Claims, in accordance with Rule 41(a)(2) Federal Rules of Civil Procedure, without an Order of this Court.

WHEREFORE, the above premises considered, Defendants request Plaintiff's Rule 41(a)(2) Motion to Dismiss all Federal Claims with Prejudice be denied and that after consideration of all proper filings concerning Defendants' Motion for Summary Judgment, that Defendants' Motion for Summary Judgment be granted for the Defendants and against the Plaintiff on all of Plaintiff's claims.

*/s/ James R. McKoon, Jr.*
_____
James R. McKoon, Jr., MCK020
Joshua R. McKoon, MCK057
James P. Graham, Jr., GRA030
Attorneys for Defendants

**OF COUNSEL:**
McKoon & Associates
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300

PDF created with pdfFactory trial version www.pdffactory.com

**OF COUNSEL:**
The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380
334.291.0315

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Raymond L. Jackson, Jr.
Post Office Box 3575
Auburn, Alabama 36831-3575

Thomas F. Worthy
Post Office Box 2392
Phenix City, Alabama 36868-2392

*/s/ James R. McKoon, Jr.*
_____
OF COUNSEL

PDF created with pdfFactory trial version www.pdffactory.com

# Jackson Law Group, P.C.

660 N. College St., Suite D
P.O. Box 3575
Auburn, AL 36831-3575
tel. 334.821.0600
fax. 334.821.1950

2505 Crawford Rd.
Phenix City, AL 36867
tel. 334.664.0336
fax. 334.664.0340

Raymond L. Jackson, Jr. (AL & GA)
Scott R. Crouse
Brian D. Mann, of Counsel

December 18, 2007

James R. McKoon, Jr.
McKoon, Thomas & McKoon
P.O. Box 3220
Phenix City, AL 36868-3220

**VIA FAX & U.S. MAIL**

James P. Graham, Jr.
The Graham Law Firm
P.O. Box 3380
Phenix City, Alabama 36868-3380

RE: *Max Wilkes v. City of Phenix City, et al.*
**U.S. District Court for Middle District of Alabama**

Dear Gentlemen:

At our last depositions on November 15, 2007, I asked you both for dates to depose city manager Herman Roberts and the other named defendants. Before I can respond to your clients' motion for summary judgment, I must *at the very least* depose Mr. Roberts. I believe that Mr. Roberts' deposition will take less than two hours to complete. Please provide me with available dates in writing for his deposition as soon as possible. Lastly, I anticipate that I will need to file a Rule 56(f) motion to ask for more time respond to your motion for summary judgment so that I can finish my depositions.

Thank you for your cooperation. If you have any questions, you can call me at (334) 821-0600.

Sincerely,

Raymond L. Jackson, Jr.

Cc: Mr. Max Wilkes
    Thomas F. Worthy, Esq.

EXHIBIT A

# McKOON & ASSOCIATES
### ATTORNEYS AT LAW
POST OFFICE BOX 3220
PHENIX CITY, ALABAMA 36868-3220
(334) 297-2300

JAMES R. MCKOON, JR. *
E-Mail - JRMcKoon@aol.com

JOSHUA R. MCKOON **
E-Mail – jrm2016@yahoo.com

S. COLE DUGAN ***
E-Mail - scoledugan@gmail.com

STREET ADDRESS:
925 BROAD STREET
PHENIX CITY, ALABAMA 36867

FAX NUMBER:
(334) 297-2777

* LICENSED IN ALABAMA ONLY
** LICENSED IN ALABAMA AND GEORGIA
*** LICENSED IN GEORGIA ONLY

December 19, 2007

**_VIA FAX – 664-0340_**

Raymond L. Jackson, Jr., Esq.
Scott Crouse, Esq.
Jackson Law Group
2505 Crawford Road
Phenix City, Alabama 37867

RE: Max E. Wilkes vs. City of Phenix City, Alabama, et al.
U.S. District Court for Middle District of Alabama

Dear Raymond:

Jimmy and I received your letter of December 18, 2007. As you know, the Scheduling Order in this case indicates that discovery is closed. Additionally, we would have been glad for you to depose Mr. Roberts the same day you deposed Wallace Hunter and Steve Smith. However, we will make Mr. Roberts available outside the discovery deadline to accommodate you. As you know, we are in the holiday season. We will have Mr. Roberts available for deposition on Thursday, December 27, 2007 at 10:00 A.M. Eastern Time in the conference room of the City's Manager's Office.

As far as extending the time to respond to the Motion for Summary Judgment, we cannot agree to an extension.


EXHIBIT B

Raymond L. Jackson, Jr., Esq.
December 19, 2007
Page Two


      Let me know if you still want to take Mr. Roberts' deposition and we will have him available as stated above. Thank you.

                      Sincerely,

                      JAMES R. McKOON, JR.

ce

cc:   James P. Graham, Jr. (via fax 291-9136)