IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MAX E. WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-244-WKW |
| ) | |
| CITY OF PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the date for the plaintiff's response to the defendants' Motion for Summary Judgment is CONTINUED from January 5, 2008, to **January 21, 2008.** The defendants may file a reply brief **on or before February 4, 2008.**

DONE this 4th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE